COTE, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
MONET DOWRICH,

              Plaintiff,

    v.                                                No. 05 CV 3307 (DLC)

BLUE WOODS MANAGEMENT GROUP, INC.

              Defendant.           **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
-----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to the above-captioned action pursuant to Fed. R. Civ. P. Rule 41(a), that this action be, and it hereby is, dismissed with prejudice and without costs or attorneys' fees to either party.

Dated: New York, New York
       July 11, 2005

PETER G. EIKENBERRY

By: _____
Peter G. Eikenberry (PE 7257)
74 Trinity Place, Suite 1609
New York, NY 10006
(212) 385-1050
Attorney for Plaintiff

BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP

By: _____
Eric D. Witkin (BW 7964)
900 Third Avenue
New York, NY 10022
(212) 895-2000
Attorneys for Defendant

SO ORDERED:

_____
DENISE L. COTE, U.S.D.J.

Date: July 20, 2005